JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-0620 GAF (SSx) | Date | August 10, 2010 |
|---|---|---|---|
| Title | Charlotte Myers v. Wells Fargo Financial et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**         (In Chambers)

## ORDER REMANDING CASE

On May 4, 2010, defendant Wells Fargo Bank, N.A. ("Wells Fargo") moved to dismiss Plaintiff's complaint. (Docket No. 5.) Despite receiving notice of the motion (id. [Proof of Service].), Plaintiff failed to file any form of opposition. (See Docket No. 11.) Nevertheless, in the interest of creating a complete record, the Court addressed the merits of Wells Fargo's dismissal motion. The Court granted the motion as to Plaintiff's federal claims, but provided her with leave to amend her claim for damages under the Truth in Lending Act. (Docket No. 12.) The Court specifically indicated that Plaintiff's failure to amend her complaint by June 21, 2010, would be deemed consent to dismissal of the claim with prejudice. (Id.)

To date, Plaintiff has failed to file an amended complaint or proceed further in this action. Plaintiff's federal claims are therefore **DISMISSED**. As this action no long presents a federal question, Plaintiff's state laws claims are hereby **REMANDED** to Riverside County Superior Court pursuant to 28 U.S.C. § 1367(c).

**IT IS SO ORDERED.**